IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00358-REB-CBS

ANNA M. CANALES,

       Plaintiff,

v.

STANDARD INSURANCE COMPANY,

       Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Parties' Stipulated Motion to Modify the Scheduling Order (filed October 26, 2005; *doc. no. 11*) is **DENIED**, without prejudice.  The requested extension of the deadlines cannot be granted as they would adversely impact the May 30, 2006, trial date.

Counsel are advised that this court cannot reschedule the trial date and they should seek relief from District Judge Blackburn before refiling a motion seeking to extend scheduling order deadlines.

**DATED:**      October 27, 2005