**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-0358-REB-CBS

ANNA M CANALES,

    Plaintiff,

v.

STANDARD INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On December 5, 2005, the parties filed **Stipulation for Dismissal With Prejudice** [#17]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#17], filed on December 5, 2005, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for May 12, 2006, is **VACATED**; and

    4.  That the jury trial set to commence May 29, 2006, is **VACATED**.

Dated December 6, 2005, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Robert E. Blackburn  
                                      Robert E. Blackburn  
                                      United States District Judge